**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Edgar Javier JIMENEZ, Defendant— Appellant.**

**No. 03–50437.**

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 19, 2004.

Bruce Smith, AUSA, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Jerry D. Whatley, Santa Barbara, CA, for Defendant–Appellant.

---

1. The district court properly denied as moot Reddy's motion for a preliminary injunction.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

## MEMORANDUM **

Edgar Javier Jimenez appeals his 15–month sentence imposed upon revocation of his term of supervised release. Jimenez was convicted of importing marijuana, in violation of 21 U.S.C. §§ 952 and 960, and aiding and abetting, in violation of 18 U.S.C. § 2. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Jimenez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Jimenez has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

